IRVING SEGAL, Respondent, v. HARRY COOPER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

J. VAN VECHTEN OLCOTT, Individually and as Administrator, etc., of LAURA I. OLCOTT, Deceased, Appellant, v. ESTATE OF CHARLES FREDERICK HOFFMAN, INC., and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PATRICK LAHART, as Administrator, etc., of ANNA LAHART, Deceased, Respondent, v. THE CITY OF NEW YORK and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

210 WEST 56TH STREET COMPANY, Respondent, v. CLERGYMEN'S RETIRING FUND SOCIETY OF THE PROTESTANT EPISCOPAL CHURCH IN THE UNITED STATES, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH BUSARDO and Another, Appellants.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY MATILDA ELIZABETH DEANE and Others, Landlords, Appellants, v. SIMON SARNOFF and Others, Individually and as Partners, etc., Tenants, Respondents. SARNOFF-IRVING HAT STORES, INC., Undertenant, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of CHESTER MAYER, as Executor, etc., of OSCAR SHULMAN, Deceased.— Decree affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MATTHEW KANE, Appellant.— Judgment and order affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NEW YORK LINEN SUPPLY & LAUNDRY CO., INC., Appellant, v. ABRAHAM SCHACHTER, Defendant, Impleaded with EXCHANGE COAT & APRON SUPPLY CO., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ABRAHAM HERMAN, Appellant, v. ANTOINETTE F. LEROY and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM HERMAN, Appellant, v. ANTOINETTE F. LEROY and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISSY KANTER and BENJ. SCHMURAK, Appellants.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.